UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL SMITH | * | CIVIL ACTION NO.: 2:10-cv-00889 |
| | * | c/w |
| Plaintiff | * | CIVIL ACTION NO.: 2:11-cv-01224 |
| | * | |
| versus | * | |
| | * | JUDGE LEMMON |
| FLORIDA MARINE TRANSPORTERS, INC. | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

**CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS** filed by Michael Smith, Florida Marine Transporters, Inc. and PBC Management, Inc.;

**IT IS ORDERED** that that all claims asserted in civil action numbers 10-00889 and 11:01224 by plaintiff, Michael Smith, and against defendants, Florida Marine Transporters, Inc. and PBC Management, Inc., be dismissed with prejudice; each party to bear its own costs.

New Orleans, Louisiana, this ___17th___ day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE